IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-48350 |
| | § | (CHAPTER 7) |
| LYNN B. ANDERSON | § | |
| | § | |
| DEBTOR | § | |

## ORDER DENYING DEBTOR'S MOTION TO VOID A JUDICIAL LIEN PURSUANT TO 11 U.S.C. §522(f)

The Court, after reviewing the Debtor's Motion to Void a Judicial Lien Pursuant to 11 U.S.C. §522(f) and the Objection thereto filed by Peter Veazey, and after hearing the oral arguments of counsel for both parties, finds that the interest held by Peter Veazey on the Debtor's real property at 7419 West Suddley Castle in Houston, Texas 77095 is not a judicial lien, but rather an ownership interest; and, as such, may not be avoided under 11 U.S.C. §522(f). It is therefore:

ORDERED that the Debtor's Motion to Void a Judicial Lien pursuant to 11 U.S.C. §522(f) is denied in its entirety.

A Memorandum Opinion shall be entered on the docket simultaneously with the entry on the docket of this Order.

**SIGNED this 18th day of April, 2006.**

Jeff Bohm
United States Bankruptcy Judge

cc:    (1)    Teresa Lynn Simpson Dunsmore
P. O. Box 27701-498
Houston, Texas  77227-7701

Counsel for the Debtor

(2)    Spencer H. Gardner
Via tele copy (713) 526-2708

Counsel for the Respondent